**Herbert D. STEVENS,
Petitioner-Appellant.**

v.

**Louis NELSON, Warden, et al.,
Respondents-Appellees.**

No. 23786.

United States Court of Appeals
Ninth Circuit.

Aug. 13, 1969.

Rehearing Denied Sept. 17, 1969.

Certiorari Denied Jan. 12, 1970.
See 90 S.Ct. 591.

Herbert D. Stevens, in pro. per.

Thomas C. Lynch, Atty. Gen., San Francisco, Cal., for appellees.

Before CHAMBERS and HAMLEY, Circuit Judges, and BEEKS, District Judge.

The appeal is affirmed upon the basis of the district court's memorandum of October 8, 1968. See Stevens v. Nelson, 302 F.Supp. 968.

**Archie K. BABSON, Petitioner-Appellant.**

v.

**UNITED STATES of America,
Respondent-Appellee.**

No. 23683.

United States Court of Appeals
Ninth Circuit.

Nov. 25, 1969.

Archie K. Babson, in pro. per.

Cecil F. Poole, U. S. Atty., San Francisco, Cal., for appellee.

Before BARNES, DUNIWAY and WRIGHT, Circuit Judges.

PER CURIAM:

This is an appeal from the denial of a petition for a writ of habeas corpus. We are satisfied the district court was correct in that denial, and we affirm for the reason stated in the district court's order, i. e., appellant's failure to raise certain points on his appeal (cf. Babson v. United States, 330 F.2d 662 (9th Cir. 1964); and his failure to show prejudice by reason of any action or lack of action on the part of his attorney, whom he now criticizes.

Affirmed.

**Henry ZOOLOOMIAN, Petitioner,
Appellant,**

v.

**COMMISSIONER OF INTERNAL
REVENUE, Respondent,
Appellee.**

No. 7415.

United States Court of Appeals
First Circuit.

Nov. 25, 1969.

Henry Zooloomian, pro se.

Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, Elmer J. Kelsey and Michael L. Paup, Attys., Department of Justice, Washington, D. C., on brief, for appellee.

Before ALDRICH, Chief Judge, McENTEE and COFFIN, Circuit Judges.

JUDGMENT

PER CURIAM.

The decision of the Tax Court is affirmed under Local Rule 5 on the opinion of Judge Irwin. Donovan v. Commissioner of Internal Revenue, 1 Cir., 1966, 359 F.2d 64.